BEFORE THE FIRST DIVISION, JUNE 2, 1939

No. 41491.—Protest 957595–G of A. L. Verdugo (Nogales).

Opinion by BROWN, J.  It was stipulated that the merchandise consists of fish livers similar to those the subject of Abstracts 38801 and 38915.  The claim for free entry under paragraph 1659 was therefore sustained.

BEFORE THE SECOND DIVISION, JUNE 2, 1939

No. 41492.—Protest 982342–G of Phoenix Candy Co. (New York).

Opinion by KINCHELOE, J.  On the authority of Abstract 39765 the wax-coated paper in question was held dutiable at 3 cents per pound and 15 percent ad valorem under paragraph 1405 as claimed.

No. 41493.—Protest 938531–G of Stern Fabrics Corp. (New York).

Opinion by KINCHELOE, J.  On the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290) the protest was sustained.

No. 41494.—Protest 873111–G of Gimbel Bros., Inc. (New York).

Opinion by DALLINGER, J.  It was stipulated that the merchandise consists of stands in chief value of wood similar to those passed upon in *Kwong* v. *United States* (T. D. 49409).  The claim at 33⅓ percent under paragraph 412 was therefore sustained.

No. 41495.—Protests 975429–G, etc., of Greenberg & Josefsberg (New York).

Opinion by DALLINGER, J.  In accordance with stipulation of counsel and on the authority of Abstract 39029 the thumb tacks in question were held dutiable at nine-tenths of 1 cent per pound under paragraph 331 as claimed.

No. 41496.—Protests 968255–G, etc., of United American Bosch Corp. (New York).

Opinion by DALLINGER, J.  On the agreed facts the gas appliances and gas pilots in question were held dutiable at 27½ percent under paragraph 372 as claimed.  *United American Bosch Corp.* v. *United States* (C. D. 99) followed.